Benbrook Law Group, PC
Bradley A. Benbrook SBN 177786
701 University Avenue, Suite 106
Sacramento, CA 95825

Representing: Plaintiff                                                    File No.

UNITED STATES DISTRICT COURT
Central District of California - District - Los Angeles - Edward R. Roybal Federal Bldg

| | |
|---|---|
| Sandy Schiller, et al.<br>**Plaintiff/Petitioner**<br><br>vs.<br><br>Rob Bonta<br>**Defendant/Respondent** | Case No. 3:25-cv-03411-W-VET<br><br>Proof of Service of:<br>Complaint, Civil Cover Sheet, Summons<br><br>Service on:<br>ROB BONTA, in his official capacity as Attorney General of California |

Hearing Date:

Hearing Time:

Div/Dept:

PROOF OF SERVICE

Order # 26935409

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>Benbrook Law Group, PC<br>Bradley A. Benbrook SBN 177786<br>701 University Avenue, Suite 106<br>Sacramento, CA 95825<br>TELEPHONE NO: (916) 447-4900    FAX NO *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*: brad@benbrooklawgroup.com<br>ATTORNEY FOR *(Name)*: Plaintiff | FOR COURT USE ONLY |
|---|---|
| *Insert name of court, judicial district or branch court, if any:*<br>United States District Court<br>Central District of California - District - Los Angeles - Edward R. Roybal Federal Bldg<br>255 E. Temple St<br>Los Angeles, CA  90012 | |
| PLAINTIFF / PETITIONER:   Sandy Schiller, et al.<br>DEFENDANT / RESPONDENT:   Rob Bonta | CASE NUMBER:<br>3:25-cv-03411-W-VET |
| **PROOF OF SERVICE** | Ref. No. or File No.:<br>14724344 (26935409) |

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Complaint, Civil Cover Sheet, Summons

2. Party Served:   ROB BONTA, in his official capacity as Attorney General of California

3. Left With:   Sergeant Singh - Person in Charge

4. Date & Time of Delivery:   December 8, 2025 at 9:20 am PST

5. Address, City and State:   1300 I St Sacramento, CA, 95814

6. Manner of Service:   **SUBSTITUTION SERVICE:** By leaving the copies with or in the presence of Sergeant Singh, (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed them of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for service: $200.00

Registered California process server.
Maurice Robinson
County: Solano
Registration No.: 250008

InfoTrack US, Inc. - P000634
1400 North McDowell Blvd Suite 300,
Petaluma, CA  94954
800-938-8815

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

*/s/ MWR*

_____
Maurice Robinson

Date: December 10, 2025

PROOF OF SERVICE

1 of 1
Order #26935409

MC-031

| PLAINTIFF / PETITIONER: Sandy Schiller, et al. | CASE NUMBER: |
|---|---|
| DEFENDANT / RESPONDENT: Rob Bonta | 3:25-cv-03411-W-VET |

## DECLARATION OF DILIGENCE
(This form must be attached to another form or court paper before it can be filed in court.)

Party Served: ROB BONTA, in his official capacity as Attorney General of California

1) Successful Attempt: Dec 8, 2025, 9:20 am PST at Business: 1300 I St, Sacramento, CA 95814 received by Sergeant Singh. Age: 26–35; Ethnicity: Middle Eastern; Gender: Female; Weight: 150–174 lbs; Height: 5'4"–5'7"; Hair: Black; Eyes: Black; Relationship: Person in Charge;

**I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

Date: December 10, 2025

Maurice Robinson
(TYPE OR PRINT NAME)

*(signature)*
(SIGNATURE OF DECLARANT)

☐ Attorney for ☐ Plaintiff ☐ Petitioner ☐ Defendant
☐ Respondent ☒ Other *(Specify):* Process Server

Form Approved for Optional Use
Judicial Council of California
MC-031 [Rev.July 1, 2005]

**ATTACHED DECLARATION**

Page 1 of 1

MC-031

| PLAINTIFF / PETITIONER: Sandy Schiller, et al. | CASE NUMBER: |
|---|---|
| DEFENDANT / RESPONDENT: Rob Bonta | 3:25-cv-03411-W-VET |

## DECLARATION OF MAILING
(This form must be attached to another form or court paper before it can be filed in court.)

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 North McDowell Blvd Suite 300, Petaluma, CA 94954.

On 12/9/2025, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

Complaint, Civil Cover Sheet, Summons

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, CA, addressed as follows:

ROB BONTA, in his official capacity as Attorney General of California
1300 I St
Sacramento, CA 95814.

**I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

Date: 12/9/2025

Kendall Holmes
_____
(TYPE OR PRINT NAME)

*/s/ K. Holmes*
_____
(SIGNATURE OF DECLARANT)

☐ Attorney for   ☐ Plaintiff   ☐ Petitioner   ☐ Defendant
☐ Respondent   ☒ Other *(Specify):* InfoTrack US, Inc.