1  ROB BONTA
   Attorney General of California
2  TODD GRABARSKY
   Supervising Deputy Attorney General
3  SAMUEL SOKOLSKY
   Deputy Attorney General
4  State Bar No. 348173
     455 Golden Gate Avenue, Suite 11000
5    San Francisco, CA  94102-7004
     Telephone:  (415) 510-3584
6    Fax:  (916) 731-2124
     E-mail:  Samuel.Sokolsky@doj.ca.gov
7  *Attorneys for Rob Bonta, in his official*
   *capacity as Attorney General of the State of*
8  *California*

9

            IN THE UNITED STATES DISTRICT COURT
10
         FOR THE SOUTHERN DISTRICT OF CALIFORNIA
11

12

13  **SANDY SCHILLER; LUCAS**              Case No. 3:25-cv-03411-AJB-VET
    **ALONSO-MARTINEZ; and BYRNA**
14  **TECHNOLOGIES, INC.,**               **NOTICE OF APPEARANCE OF**
                                          **DEPUTY ATTORNEY GENERAL**
15                        Plaintiffs,     **SAMUEL E. SOKOLSKY**

16
          **v.**
17

18
    **ROB BONTA, in his official capacity**
19  **as Attorney General of California,,**

20                         Defendant.

21

22       PLEASE TAKE NOTICE that Deputy Attorney General Samuel E. Sokolsky

23  hereby enters his appearance in the above-captioned matter as counsel of record for

24  Defendant.  Mr. Sokolsky is a member of the State Bar of California and is

25  admitted to practice in the United States District Court for the Southern District of

26  California. His contact information is as follows:

27

28

                                   1

1     Samuel E. Sokolsky
Deputy Attorney General
2     State Bar No. 348173
455 Golden Gate Avenue, Suite 11000
3     San Francisco, CA  94102-7004
Telephone:  (415) 510-3584
4     E-mail:  Samuel.Sokolsky@doj.ca.gov

5

6     Dated:  December 15, 2025          Respectfully submitted,

7                                  ROB BONTA
Attorney General of California
8                                  TODD GRABARSKY
Supervising Deputy Attorney General
9

10

11                                /s/ Samuel E. Sokolsky
SAMUEL E. SOKOLSKY
Deputy Attorney General
12                                *Attorneys for Defendant Rob Bonta, in his official capacity as Attorney*
13                                *General of the State of California*

14     SA2025306820/44900563

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

# CERTIFICATE OF SERVICE

Case Name:   *Schiller, Sandy, et al. v. Rob Bonta*    Case No.   **3:25-cv-03411**

I hereby certify that on <u>December 15, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

### NOTICE OF APPEARANCE OF DEPUTY ATTORNEY GENERAL SAMUEL E. SOKOLSKY

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>December 15, 2025</u>, at San Francisco, California.

| | |
|---|---|
| G. Pang | |
| Declarant | Signature |

SA2025306820/44900606.docx