ROB BONTA
Attorney General of California
TODD GRABARSKY
Supervising Deputy Attorney General
SAMUEL SOKOLSKY
Deputy Attorney General
  State Bar No. 286999
  300 S Spring Street, Suite 1700
  Los Angeles, CA 90013-1256
  Telephone:  (213) 269-6044
  E-mail:  todd.grabarsky@doj.ca.gov
*Attorneys for Rob Bonta, in his official capacity as Attorney General of the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SANDY SCHILLER; LUCAS ALONSO-MARTINEZ; and BYRNA TECHNOLOGIES, INC.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROB BONTA, in his official capacity as Attorney General of California,,**<br><br>Defendant. | 3:25-cv-03411-AJB-VET<br><br>**NOTICE OF APPEARANCE OF SUPERVISING DEPUTY ATTORNEY GENERAL TODD GRABARSKY** |

PLEASE TAKE NOTICE that Supervising Deputy Attorney General Todd Grabarsky hereby enters his appearance in the above-captioned matter as counsel of record for Defendant.  Mr. Grabarsky is a member of the State Bar of California and is admitted to practice in the United States District Court for the Southern District of California. His contact information is as follows:

  Todd Grabarsky
  Supervising Deputy Attorney General

1

State Bar No. 286999
300 S Spring Street, Suite 1700
Los Angeles, CA 90013-1256
Telephone:  (213) 269-6044
E-mail:  todd.grabarsky@doj.ca.gov

Dated:  April 9, 2025                    Respectfully submitted,

                                         ROB BONTA
                                         Attorney General of California
                                         SAMUEL SOKOLSKY
                                         Deputy Attorney General


                                         /s/ *Todd Grabarsky*
                                         TODD GRABARSKY
                                         Supervising Deputy Attorney General
                                         *Attorneys for Defendant Rob Bonta, in*
                                         *his official capacity as Attorney*
                                         *General of the State of California*